

**GEORGETOWN LAW**
**APPELLATE COURTS IMMERSION CLINIC**

Director
Brian Wolfman
Staff Attorneys
Madeline Meth
Hannah Mullen

600 New Jersey Avenue, NW, Suite 312
Washington, DC 20001-2075
Telephone: 202-661-6746
Fax: 202-662-9634

March 10, 2022

Christopher Conway, Clerk
United States Court of Appeals for the Seventh Circuit
Everett McKinley Dirksen United States Courthouse
219 S. Dearborn Street
Room 2722
Chicago, IL 60604

      Re: No. 19-3435, *Ziccarelli v. Dart et al.*
          Rule 28(j) letter

Dear Mr. Conway:

      This letter concerns this Court's recent decision in *Anderson v. Nations Lending Corp.*, __ F.4th __, 2022 WL 701807 (7th Cir. Mar. 9, 2022). *Anderson* stated that a plaintiff bringing an FMLA interference claim must establish five elements, the fifth of which is that "her employer *denied* her FMLA benefits to which she was entitled." *Anderson*, 2022 WL 701807, at *3 (quoting *Lutes v. United Trailers, Inc.*, 950 F.3d 359, 363 (7th Cir. 2020)) (emphasis added).

      As explained in our opening brief (at 10-14), an actual denial of FMLA benefits is not required for a plaintiff to succeed on the fifth element of an interference claim. Rather, interference includes "discouraging an employee from using such leave." *Preddie v. Bartholomew Consol. Sch. Corp.*, 799 F.3d 806, 818 (7th Cir. 2015) (quoting 29 C.F.R. § 825.220(b)).

      The Court's mistaken recitation of the fifth element in *Anderson* was immaterial to its analysis of the interference claim. *See* 2022 WL 701807, at *3-5. But the

misstatement highlights that, without clarification in this case, confusion about the proper definition of "interference" will continue to persist in the Circuit. *Compare Guzman v. Brown Cnty.*, 884 F.3d 633, 638 (7th Cir. 2018) (similarly misstating the fifth element in dicta) *with Preddie*, 799 F.3d at 818 (discussing the fifth element in depth and explaining that discouragement is enough).

Sincerely,

Hannah Mullen
(202) 661-6741

Counsel for Plaintiff-Appellant
Salvatore Ziccarelli

Word count: 223